UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: O'CONNOR, GARY | § | Case No. 11-80811 |
| O'CONNOR, TAMARA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:   327 South Church Street
Room 1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/23/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 06/18/2012     By: /s/JOSEPH D. OLSEN_____
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: O'CONNOR, GARY § Case No. 11-80811 | |
| O'CONNOR, TAMARA § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 104,502.08 |
| *and approved disbursements of* | $ 56,270.58 |
| *leaving a balance on hand of* [1] | $ 48,231.50 |
| **Balance on hand:** | $ 48,231.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 48,231.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 8,475.10 | 0.00 | 8,475.10 |
| Trustee, Expenses - JOSEPH D. OLSEN | 386.96 | 0.00 | 386.96 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,062.50 | 0.00 | 4,062.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 12,924.56 |
| Remaining balance: | $ | 35,306.94 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 35,306.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 35,306.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,595.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC BANK | 0.00 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 18,762.52 | 0.00 | 8,537.24 |
| 3 | American Express Centurion Bank | 5,471.49 | 0.00 | 2,489.61 |
| 4 | American Express Centurion Bank | 22,827.96 | 0.00 | 10,387.08 |
| 5 | Chase Bank USA, N.A. | 26,741.05 | 0.00 | 12,167.59 |
| 6 | PNC BANK | 0.00 | 0.00 | 0.00 |
| 7 | Lawrence, Lenard & Company, LLC | 3,792.00 | 0.00 | 1,725.42 |

Total to be paid for timely general unsecured claims: $ 35,306.94
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                    Case No. 11-80811-MB
Gary O'Connor                                             Chapter 7
Tamara O'Connor
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3         User: lorsmith              Page 1 of 2                  Date Rcvd: Jun 22, 2012
                             Form ID: pdf006             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
db/jdb        #+Gary O'Connor,    Tamara O'Connor,    1700 N. Riverside Drive,    McHenry, IL 60050-4558
17225329       +Amanda O'Connor,    335 N Commonwealth Ave,    Elgin IL 60123-3415
16892973       +American Express,    c/o Becket and Lee LLP,   Po Box 3001,    Malvern, PA 19355-0701
17320657        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16892976       +Amex,   c/o Beckett & Lee,    Po Box 3001,   Malvern, PA 19355-0701
16892977       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17319163        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16892979       +Elgin St Bk,    1001 S Randall Rd,    Elgin, IL 60123-4106
16892981       +Lawrence, Lenard & Company, LLC,    PO Box 5839,    Elgin, IL 60121-5839
16892982       +Ncb Ne Er,    4661 E Main St,   Columbus, OH 43213-3298
16892985     ++++OAKLEY SIGN INSTALLATION,    471 N 3RD AVE,   DES PLAINES IL  60016-1160
               (address filed with court: Oakley Sign Installation,    461 North Third Ave,
                Des Plaines, IL 60016)
17265566       +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
16892986       +Pnc Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
16892987       +Pnc Mortgage,    3232 Nemark Dr,   Miamisburg, OH 45342-5433
16892989       +TPC Office Condominium,    460 Briargate Dr.,   Suite 900,    South Elgin, IL 60177-2283
16892990       #Zwicker & Associates,    PO Box 101145,   Birmingham, AL 35210-6145
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16892984       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 22 2012 19:25:41     NCO Financial Systems,
                 507 Prudential Rd,    Horsham, PA 19044-2368
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16892974*      +American Express,    c/o Becket and Lee LLP,   Po Box 3001,    Malvern, PA 19355-0701
16892975*      +American Express,    c/o Becket and Lee LLP,   Po Box 3001,    Malvern, PA 19355-0701
17320658*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16892978*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16892980*      +Elgin St Bk,    1001 S Randall Rd,    Elgin, IL 60123-4106
16892983*      +Ncb Ne Er,    4661 E Main St,   Columbus, OH 43213-3298
16892988*      +Pnc Mortgage,    3232 Nemark Dr,   Miamisburg, OH 45342-5433
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-3           User: lorsmith                Page 2 of 2                  Date Rcvd: Jun 22, 2012
                               Form ID: pdf006               Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2012 at the address(es) listed below:
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              G. Alexander  McTavish    on behalf of Creditor  Elgin State Bank alexmctavish@mrmlaw.com
              Heather M Giannino    on behalf of Creditor  PNC Bank, National Association
               heathergiannino@hsbattys.com,   jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Other Prof. Mark Miller jolsenlaw@aol.com,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Lydia Y Siu    on behalf of Creditor  PNC Bank, N.A. lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Ryan  Keenan    on behalf of Debtor Gary O'Connor ryan@keenanlawofficespc.com
                                                                                             TOTAL: 9
```