# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: O'CONNOR, GARY | § | Case No. 11-80811 |
| O'CONNOR, TAMARA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,381,684.48          Assets Exempt: $45,734.48
*(without deducting any secured claims)*

Total Distribution to Claimants: $73,389.46          Claims Discharged
                                                     Without Payment: $42,288.08

Total Expenses of Administration: $31,112.62

3) Total gross receipts of $     104,502.08     (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $104,502.08
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $2,016,259.00 | $38,082.52 | $38,082.52 | $38,082.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 31,112.62 | 31,112.62 | 31,112.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 114,568.00 | 215,973.19 | 77,595.02 | 35,306.94 |
| TOTAL DISBURSEMENTS | $2,130,827.00 | $285,168.33 | $146,790.16 | $104,502.08 |

4) This case was originally filed under Chapter 7 on February 28, 2011. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2012               By: /s/JOSEPH D. OLSEN
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Empty Lot on Robin | 1110-000 | 15,000.00 |
| 2003 Donzi boat value per debtor's estimate | 1129-000 | 89,500.00 |
| Interest Income | 1270-000 | 2.08 |
| **TOTAL GROSS RECEIPTS** | | **$104,502.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Elgin St Bk | 4110-000 | 85,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncb Ne Er | 4110-000 | 99,651.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncb Ne Er | 4110-000 | 348,280.00 | N/A | N/A | 0.00 |
| NOTFILED | TPC Office Condominium | 4110-000 | 4,794.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Mortgage | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Mortgage | 4110-000 | 743,972.00 | N/A | N/A | 0.00 |
| NOTFILED | Elgin St Bk | 4110-000 | 584,562.00 | N/A | N/A | 0.00 |
| | Benajmin Ripstein | 4210-000 | N/A | 38,082.52 | 38,082.52 | 38,082.52 |
| **TOTAL SECURED CLAIMS** | | | **$2,016,259.00** | **$38,082.52** | **$38,082.52** | **$38,082.52** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 8,475.10 | 8,475.10 | 8,475.10 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 386.96 | 386.96 | 386.96 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,062.50 | 4,062.50 | 4,062.50 |
| Grand Sport Center | 3991-000 | N/A | 8,968.00 | 8,968.00 | 8,968.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 97.83 | 97.83 | 97.83 |
| Andrew Tobin & Associates | 3992-000 | N/A | 350.00 | 350.00 | 350.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.67 | 86.67 | 86.67 |
| Chicago Title Insurance Company | 2500-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.53 | 81.53 | 81.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 89.40 | 89.40 | 89.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 83.61 | 83.61 | 83.61 |
| Robert Scott Builders, Inc. | 2420-000 | N/A | 2,550.00 | 2,550.00 | 2,550.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.51 | 86.51 | 86.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.22 | 75.22 | 75.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.66 | 77.66 | 77.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.92 | 74.92 | 74.92 |
| Chicago Title & Trust Co. | 3510-000 | N/A | 900.00 | 900.00 | 900.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 367.50 | 367.50 | 367.50 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 153.00 | 153.00 | 153.00 |
| Chicago Title & Trust Co. | 2820-000 | N/A | 22.50 | 22.50 | 22.50 |
| Chicago Title & Trust Co. | 2820-000 | N/A | 2,219.45 | 2,219.45 | 2,219.45 |
| Chicago Title & Trust Co. | 2420-000 | N/A | 60.00 | 60.00 | 60.00 |
| Chicago Title & Trust Co. | 2820-000 | N/A | 222.34 | 222.34 | 222.34 |
| Chicago Title & Trust Co. | 2820-000 | N/A | 571.92 | 571.92 | 571.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $31,112.62 | $31,112.62 | $31,112.62 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK | 7100-000 | N/A | 37,425.07 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 18,723.00 | 18,762.52 | 18,762.52 | 8,537.24 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 5,471.49 | 5,471.49 | 2,489.61 |
| 4 | American Express Centurion Bank | 7100-000 | 22,827.00 | 22,827.96 | 22,827.96 | 10,387.08 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 26,741.00 | 26,741.05 | 26,741.05 | 12,167.59 |
| 6 | PNC BANK | 7100-000 | N/A | 100,953.10 | 0.00 | 0.00 |
| 7 | Lawrence, Lenard & Company, LLC | 7100-000 | N/A | 3,792.00 | 3,792.00 | 1,725.42 |
| NOTFILED | Amex c/o Beckett & Lee | 7100-000 | 9,801.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee LLP | 7100-000 | 5,841.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence, Lenard & Company, LLC | 7100-000 | 4,792.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee LLP | 7100-000 | 24,812.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakley Sign Installation | 7100-000 | 1,031.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $114,568.00 | $215,973.19 | $77,595.02 | $35,306.94 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number:   11-80811
Case Name:   O'CONNOR, GARY
O'CONNOR, TAMARA

Period Ending: 09/11/12

Trustee:   (330400)   JOSEPH D. OLSEN
Filed (f) or Converted (c):   02/28/11 (f)
§341(a) Meeting Date:   04/07/11
Claims Bar Date:   08/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1700 N. Riverside Drive, McHenry, value per zill | 679,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 615 Robin Ridge, Elgin, IL, value per zillow.com | 241,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | 460 Briargate, South | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Empty Lot on Robin | 20,000.00 | 12,000.00 | | 15,000.00 | FA |
| 5 | Checking Account with Chase Bank | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household Goods and Furniture | 2,750.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Insurance Policy with West Coast Life | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term Life Insurance Policy with Protective Life | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Regal Discount Securities IRA Account | 1,617.00 | 0.00 | DA | 0.00 | FA |
| 12 | Regal Discount Securities IRA | 1,017.48 | 0.00 | DA | 0.00 | FA |
| 13 | 100% shares in the S-Corp Premier Living | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 100% ownership interest in Concierge Properties | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1967 Camero with no engine | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1966 Jeep value per debtor's estimate | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2003 BMW 745 with 160,000 miles value per kbb.co | 6,725.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2001 Ford F-150 with 100,000 miles value per kbb | 2,575.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2003 Donzi boat value per debtor's estimate | 80,000.00 | 20,000.00 | | 89,500.00 | FA |
| 20 | Three waverunners with two trailers value per de | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1996 Ninja Kawasaki motorcycle value per kbb.com | 800.00 | 0.00 | DA | 0.00 | FA |
| 22 | 335 N. Commonwealth, Elgin, IL (u) | 88,250.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.08 | FA |
| 23 | Assets   Totals (Excluding unknown values) | $1,481,684.48 | $32,000.00 | | $104,502.08 | $0.00 |

Major Activities Affecting Case Closing:

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: 11-80811 | Trustee: (330400) | JOSEPH D. OLSEN |
| Case Name: O'CONNOR, GARY | Filed (f) or Converted (c): | 02/28/11 (f) |
| O'CONNOR, TAMARA | §341(a) Meeting Date: | 04/07/11 |
| Period Ending: 09/11/12 | Claims Bar Date: | 08/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    September 30, 2012      Current Projected Date Of Final Report (TFR):    May 15, 2012 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-80811 |
| **Case Name:** | O'CONNOR, GARY |
| | O'CONNOR, TAMARA |
| **Taxpayer ID #:** | **-***2150 |
| **Period Ending:** | 09/11/12 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******61-65 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/01/11 | | Benajmin Ripstein | Purchase of Donzi boat & trailer | | | 51,417.48 | | 51,417.48 |
| | | | | -38,082.52 | 4210-000 | | | 51,417.48 |
| | {19} | | | 89,500.00 | 1129-000 | | | 51,417.48 |
| 08/24/11 | | To Account #9200******6166 | Transfer funds to pay consignee fees/expenses | | 9999-000 | | 8,968.00 | 42,449.48 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.40 | | 42,449.88 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 97.83 | 42,352.05 |
| 09/15/11 | | To Account #9200******6166 | Transfer funds to pay invoice from surveyor | | 9999-000 | | 350.00 | 42,002.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.34 | | 42,002.39 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 86.67 | 41,915.72 |
| 10/05/11 | | To Account #9200******6166 | Transfer to pay Title Co.'s invoice | | 9999-000 | | 1,050.00 | 40,865.72 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.34 | | 40,866.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 81.53 | 40,784.53 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.33 | | 40,784.86 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 89.40 | 40,695.46 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.34 | | 40,695.80 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 83.61 | 40,612.19 |
| 01/18/12 | | To Account #9200******6166 | Transfer funds to pay driveway removal | | 9999-000 | | 2,550.00 | 38,062.19 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.33 | | 38,062.52 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 86.51 | 37,976.01 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 75.22 | 37,900.79 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 77.66 | 37,823.13 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 74.92 | 37,748.21 |
| 05/09/12 | | Chicago Title & Trust Co. | SALES PROCEEDS - REAL PROPERTY | | | 9,483.29 | | 47,231.50 |
| | {4} | | | 14,000.00 | 1110-000 | | | 47,231.50 |
| | | | Commission | -900.00 | 3510-000 | | | 47,231.50 |
| | | | Closing fees | -367.50 | 2500-000 | | | 47,231.50 |
| | | | Tilte Insurance premium | -153.00 | 2500-000 | | | 47,231.50 |
| | | | transfer taxes | -22.50 | 2820-000 | | | 47,231.50 |
| | | | Kane Co. Clerk 2008 & 2010 redemption | -2,219.45 | 2820-000 | | | 47,231.50 |
| | | | lawn maintenance | -60.00 | 2420-000 | | | 47,231.50 |
| | | | 1/1/12 to 5/8/12 county taxes | -222.34 | 2820-000 | | | 47,231.50 |
| | | | 7/1/11 to 12/31/11 county taxes | -571.92 | 2820-000 | | | 47,231.50 |
| 05/10/12 | {4} | Patron, Inc. | escrow money | | 1110-000 | 1,000.00 | | 48,231.50 |
| 07/24/12 | 1001 | JOSEPH D. OLSEN | Dividend paid 100.00% on $386.96, Trustee | | 2200-000 | | 386.96 | 47,844.54 |
| | | | | Subtotals : | | $61,902.85 | $14,058.31 | |

{} Asset reference(s)

Printed: 09/11/2012 07:51 AM   V.13.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-80811 |
| Case Name: | O'CONNOR, GARY |
| | O'CONNOR, TAMARA |
| Taxpayer ID #: | **-***2150 |
| Period Ending: | 09/11/12 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******61-65 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Expenses;  Reference: | | | | |
| 07/24/12 | 1002 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,062.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,062.50 | 43,782.04 |
| 07/24/12 | 1003 | JOSEPH D. OLSEN | Dividend paid 100.00% on $8,475.10, Trustee Compensation;  Reference: | 2100-000 | | 8,475.10 | 35,306.94 |
| 07/24/12 | 1004 | Lawrence, Lenard & Company, LLC | Dividend paid  45.50% on $3,792.00;  Claim# 7;  Filed: $3,792.00; Reference: | 7100-000 | | 1,725.42 | 33,581.52 |
| 07/24/12 | 1005 | American Express Centurion Bank | Combined Check for Claims#3,4 | | | 12,876.69 | 20,704.83 |
| | | | Dividend paid  45.50%       2,489.61 on $5,471.49;  Claim# 3; Filed: $5,471.49 | 7100-000 | | | 20,704.83 |
| | | | Dividend paid  45.50%      10,387.08 on $22,827.96;  Claim# 4; Filed: $22,827.96 | 7100-000 | | | 20,704.83 |
| 07/24/12 | 1006 | Chase Bank USA, N.A. | Combined Check for Claims#2,5 | | | 20,704.83 | 0.00 |
| | | | Dividend paid  45.50%       8,537.24 on $18,762.52;  Claim# 2; Filed: $18,762.52 | 7100-000 | | | 0.00 |
| | | | Dividend paid  45.50%      12,167.59 on $26,741.05;  Claim# 5; Filed: $26,741.05 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 61,902.85 | 61,902.85 | $0.00 |
| Less: Bank Transfers | 0.00 | 12,918.00 | |
| Subtotal | 61,902.85 | 48,984.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $61,902.85 | $48,984.85 | |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-80811 | |
| **Case Name:** | O'CONNOR, GARY | |
| | O'CONNOR, TAMARA | |
| **Taxpayer ID #:** | **-***2150 | |
| **Period Ending:** | 09/11/12 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******61-66 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/11 | | From Account #9200******6165 | Transfer funds to pay consignee fees/expenses | 9999-000 | 8,968.00 | | 8,968.00 |
| 08/24/11 | 101 | Grand Sport Center | per Ct. Order 8/24 - pay consignee fees/expenses | 3991-000 | | 8,968.00 | 0.00 |
| 09/15/11 | | From Account #9200******6165 | Transfer funds to pay invoice from surveyor | 9999-000 | 350.00 | | 350.00 |
| 09/15/11 | 102 | Andrew Tobin & Associates | Survey of 633 Robin Ridge Lane, Elgin, IL | 3992-000 | | 350.00 | 0.00 |
| 10/05/11 | | From Account #9200******6165 | Transfer to pay Title Co.'s invoice | 9999-000 | 1,050.00 | | 1,050.00 |
| 10/05/11 | 103 | Chicago Title Insurance Company | pymt of Invoice #0422774-000 (title search) | 2500-000 | | 1,050.00 | 0.00 |
| 01/18/12 | | From Account #9200******6165 | Transfer funds to pay driveway removal | 9999-000 | 2,550.00 | | 2,550.00 |
| 01/18/12 | 104 | Robert Scott Builders, Inc. | pay for asphalt driveway removal | 2420-000 | | 2,550.00 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 12,918.00 | 12,918.00 | $0.00 |
| Less: Bank Transfers | 12,918.00 | 0.00 | |
| **Subtotal** | 0.00 | 12,918.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$12,918.00** | |

| | |
|---|---|
| Net Receipts : | 61,902.85 |
| Plus Gross Adjustments : | 42,599.23 |
| Net Estate : | $104,502.08 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******61-65 | 61,902.85 | 48,984.85 | 0.00 |
| Checking # 9200-******61-66 | 0.00 | 12,918.00 | 0.00 |
| | $61,902.85 | $61,902.85 | $0.00 |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**

August 1 - August 31, 2012

**11-80811**
**O'CONNOR, GARY, DEBTOR**
**JOSEPH D OLSEN (0000330400)**
**TRUSTEE**
1318 EAST STATE STREET
ROCKFORD, IL 61104

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

| CONSOLIDATED BALANCE SUMMARY | | | |
|---|---|---|---|
| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
| **CHECKING ACCOUNT** | | | |
| 92006969276165 | | $33,581.52 | $0.00 |
| 92006969276166 | | $0.00 | $0.00 |
| **Total** | | $33,581.52 | $0.00 |

| Important Information Regarding Your Account |
|---|
| IN OBSERVANCE OF COLUMBUS DAY ON OCTOBER 8TH, BNY MELLON WILL BE CLOSED, ALTHOUGH THE BMS BANKING CENTER WILL BE AVAILABLE FOR ASSISTANCE.  BANKING TRANSACTIONS CONDUCTED THAT DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE FOR ASSISTANCE MON-FRI 8AM TO 8PM ET AT (800)634-7734, OPT 8. |

**As of August 31, 2012, the funds for this case were on deposit in the following institutions as shown below:**

Zions First National Bank        $0.00   Citi                                    $0.00
                                          **Grand Total:**                        **$0.00**

**Check Number: 101** Pa  ate: 08/30/2011 Amount: $8,968.00



**Check Number: 102**       Pa   te 09/30/2011  Amount $350.00



**Check Number: 103    Pay te 10/14/2011  Amount: $1,050.00**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0246, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**   103
60-249 / 433

TRN #330400

Case: 11-80811 MB
92006969276166

Debtor: O'CONNOR, GARY
O'CONNOR, TAMARA

JOSEPH D. OLSEN
1016 EAST STATE STREET
ROCKFORD IL 61104-2238

Date  10/05/2011   $ *******1,050.00

---One Thousand Fifty Dollars and 00/100

Pay to the Order of  Chicago Title Insurance Company
171 North Clark MLC 2NW
Chicago IL 60601-3294

JOSEPH D. OLSEN, Trustee

⑆00000103⑆ ⑈043302493⑈9 2006969276166⑆   ⑆000010500 0⑆

**Check Number: 104**   Pay e. 01/24/2012  Amount: $2,550.00

THE BANK OF NEW YORK MELLON

VOID AFTER 90 DAYS

104

Case
11-80811 MB
9700696927610i

Debtor
O'CONNOR, GARY
O'CONNOR, TAMARA

VID #330400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

$ ***2,550.00

Date   01/18/2012

---Two Thousand Five Hundred Fifty Dollars and 00/100

Pay to the
Order of   Robert Scott Builders, Inc.
9N345 Nelma Road
Elgin IL 60124

JOSEPH D. OLSEN, Trustee

⑈000001004⑈ ⑈043302493⑈9 2006969276166⑈

47040000389893 - 012312
BMO Harris Bank N.A. >071000288<
311 W Monroe
Chicago IL 60606

**Check Number: 1001**   Pay Date: 07/27/2012   Amount: $386.96





44960000220332 - 072612
BMO Harris Bank N.A. >071000288<
311 W Monroe
Chicago IL 60606

**Check Number: 1002**   **Pay Date: 07/27/2012**   **Amount: $4,062.50**





44960000220333 - 072612
BMO Harris Bank N.A. >071000288<
311 W Monroe
Chicago IL 60606

**Check Number: 1003**   **Pay Date: 07/27/2012  Amount: $8,475.30**



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON   VOID AFTER 90 DAYS   1003

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

| Case | Debtor |
| --- | --- |
| 11-80811 MD | O'CONNOR, GARY |
| 9200696927616S | O'CONNOR, TAMARA |

Date   07/24/2012   $ ********8,475.30

---Eight Thousand Four Hundred Seventy-Five Dollars and 10/100

Pay to the Order of:   JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

JOSEPH D. OLSEN, Trustee

⑈000100301⑈ ⑆043302493⑈ 9200696927616S⑈

072612  D663 4496A052   720394

4496000220334 - 072612
BMO Harris Bank N.A. >071000288<
311 W Monroe
Chicago IL 60606

PAY TO THE ORDER OF
BMO HARRIS BANK N.A.
071002561
JOSEPH D. OLSEN
ATTORNEY AT LAW

---

**Check Number: 1004**   **Pay Date: 07/30/2012  Amount: $1,725.42**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON   VOID AFTER 90 DAYS   1004

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

| Case | Debtor |
| --- | --- |
| 11-80811 MD | O'CONNOR, GARY |
| 9200696927616S | O'CONNOR, TAMARA |

Dividend paid 45.50% on $3,792.00, Claim 7, Priority $3,792.00, Reference

Date   07/24/2012   $ *******1,725.42

---One Thousand Seven Hundred Twenty-Five Dollars and 42/100

Pay to the Order of:   Lawrence, Lenard & Company, LLC
PO Box 5839
Elgin IL 60121

JOSEPH D. OLSEN, Trustee

⑈000100401⑈ ⑆043302493⑈ 9200696927616S⑈

7/27/2012  0001000100010006201American Eagle Bank <071926281>

PAY TO THE ORDER OF
AMERICAN EAGLE BANK
071192015
LAWRENCE LENARD
& COMPANY LLC

**Check Number: 1005**    Pay Date: 08/01/2012    Amount: $12,876.69

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    **1005**
60-249/433

| Case | Debtor |
|---|---|
| 11-80811 MB | O'CONNOR, GARY |
| 9200696927616S | O'CONNOR, TAMARA |

Combined Check 5+ Claim43,4

TID #3304400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Date    02/24/2012    $ ******12,876.69

---Twelve Thousand Eight Hundred Seventy-Six Dollars and 69/100

Pay to the
Order of    American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

RMS
RMS

_Joseph D. Olsen_
JOSEPH D. OLSEN, Trustee

⑈0000100⑆ ⑆043302493⑆920069692761⑅65⑆

282914179199 154332    20120731 00009200696927616S
TRN_DEBIT    FLEMINBM    1287669
Paoli 0600    94004 2829 0   0003

FOR DEPOSIT ONLY
BECKET & LEE LLP
ALL RIGHTS RESERVED
ATTORNEY'S FOR PAYEE
TRUST ACCOUNT

---

**Check Number: 1006**    Pay Date: 08/02/2012    Amount: $20,704.83

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    **1006**
60-249/433

| Case | Debtor |
|---|---|
| 11-80811 MB | O'CONNOR, GARY |
| 9200696927616S | O'CONNOR, TAMARA |

Combined Check 5+ Claim5,25

TID #3304400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

LOOKUP ID #
21

Date    07/24/2012    $ ******20,704.83

---Twenty Thousand Seven Hundred Four Dollars and 83/100

Pay to the
Order of    Chase Bank USA, N.A.
PO Box 15145
Wilmington DE 19250-5145

_Joseph D. Olsen_
JOSEPH D. OLSEN, Trustee

4346  3119  1107  4356 $10,353.42

⑈0000100⑥⑆ ⑆043302493⑆920069692761⑅65⑆